UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIN ACKERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROMAN, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00436-MMD-MDC<br><br>**ORDER** |

Plaintiff Jin Ackerman filed this civil-rights case under 42 U.S.C. § 1983. On January 6, 2026, the Court issued an order screening the complaint, finding that Plaintiff states colorable claims against several Defendants, and staying this case for 90 days to allow Plaintiff and Defendants an opportunity to settle their dispute with the assistance of a court-appointed mediator through the Inmate Early Mediation Program. (ECF No. 3.) However, the Court's order came back as undeliverable, with a note that Plaintiff is currently housed at Lovelock Correctional Center. (ECF Nos. 5, 5-1.)

This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. Failure of a pro se party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

In light of the note that Plaintiff is currently housed at Lovelock Correctional Center, the Court will send a courtesy copy of this order to Plaintiff at Lovelock Correctional Center. The Court grants Plaintiff until **February 9, 2026**, to file his updated address with the Court. If Plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

It is therefore ordered that Plaintiff shall file his updated address with the Court by **February 9, 2026**.

It is further ordered that, if Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of Court is kindly directed to send a courtesy copy of this order to Plaintiff at Lovelock Correctional Center.

DATED: January 9, 2026

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE