UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JIN ACKERMAN,<br>Plaintiff,<br>v.<br>ROMAN, *et al.*,<br>Defendants. | Case No. 2:25-cv-00436-MMD-MDC<br>ORDER |

*Pro se* Plaintiff Jin Ackerman, an inmate in the custody of the Nevada Department of Corrections, brought this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1-1.) Before the Court is the Report and Recommendation (ECF No. 21 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court grant Defendants' stipulation to dismiss with prejudice (ECF No. 16 ("Stipulation")). Plaintiff had until September 4, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends granting the Stipulation based on a status conference he held on August 20, 2026. (ECF No. 21 at 1.) The minutes from that status conference confirm Judge Denney's conclusion that Plaintiff agreed this case may be dismissed as part of a global settlement including two other cases. (ECF No. 20 (citing Case No. 3:20-cv-00337-MMD-CSD; 2:25-cv-02006-JAD-BNW).) Accordingly, the Court will adopt Judge Denney's R&R in full and grant Defendants' Stipulation.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 21) is accepted and adopted in full.

It is further ordered that Defendants' stipulation to dismiss with prejudice (ECF No. 16) is granted.

It is further ordered that Plaintiff's application to proceed in forma pauperis (ECF No. 1) is denied as moot.

The Clerk of Court is directed to close this case accordingly.

DATED THIS 16th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE